UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. ROBERT BEARD,<br>　　　　Petitioner. | No. C 13-2808 SI (pr)<br>**JUDGMENT** |

This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a federal habeas petition in the district of his conviction and without prejudice to him filing a civil rights action challenging the conditions of his confinement.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 16, 2013

　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　United States District Judge